# Third District Court of Appeal
## State of Florida

Opinion filed November 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0980
Lower Tribunal Nos. F22-15439 and F22-13359

_____

**Derek D'Angelo Bynum,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Derek D'Angelo Bynum, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed.